JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS MANGUM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN CAPITAL ENTERPRISES, INC.,<br><br>　　　　　Defendant. | Case No. 2:17-cv-06250-R-AFM<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

　　Having considered the parties Joint Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice in its entirety.

　　Each party shall bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated: October 31, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Manuel L. Real
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE